UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA COHODAS,<br><br>               Plaintiff,<br><br>   v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. C22-1561-KKE<br><br>ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE AMENDED PLEADINGS AND DEADLINE FOR EXPERT WITNESS DISCLOSURES |

      This matter comes before the Court on the parties' stipulation to extend the deadline to file amended pleadings and the deadline for expert disclosures/reports. Dkt. No. 41.

      In accordance with the stipulation, IT IS SO ORDERED. The deadline to file amended pleadings and the deadline for expert witness disclosures/reports under FRCP 26(a)(2) are extended from December 6, 2023, to December 20, 2023.

      Dated this 3rd day of November, 2023.

*Kymberly K. Evanson*
Kymberly K. Evanson
United States District Judge