UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMANTHA COHODAS,

           Plaintiff,

   v.

THE CONTINENTAL INSURANCE COMPANY,

           Defendant.

CASE NO. C22-1561-KKE

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE SCHEDULE

This matter comes before the Court on the parties' stipulated motion to extend the case schedule. Dkt. No. 46.

The Court, having reviewed the motion, GRANTS IN PART and DENIES IN PART the stipulated motion. The case schedule is modified as follows:

| Event | Current Date | Revised Date |
| --- | --- | --- |
| Deadline to file Amended Pleadings and for Expert Witness Disclosure/Reports Under FRCP 26(a)(2) | December 20, 2023 | March 1, 2024 |
| Deadline to Complete Discovery | February 5, 2024 | March 29, 2024 |

| | | |
|---|---|---|
| Deadline for Dispositive Motions and Motions Challenging Expert Witness Testimony | March 5, 2024 | April 18, 2024 |
| Deadline for All Motions *In Limine* | May 6, 2024 | September 5, 2024 |
| Deadline for Agreed Pretrial Order | May 20, 2024 | September 16, 2024 |
| Trial Briefs, Deposition Designations, and Trial Exhibits Due | May 28, 2024 | September 23, 2024 |
| Pretrial Conference | N/A | September 27, 2024 at 10:00AM |
| Bench Trial Date | June 3, 2024 | October 7, 2024 |

IT IS SO ORDERED.

Dated this 28th day of November, 2023.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING IN PART AND DENYING IN PART STIPULATED MOTION TO EXTEND CASE SCHEDULE - 2