THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SAMANTHA COHODAS, an individual,
                Plaintiff,

v.

THE CONTINENTAL INSURANCE
COMPANY, a foreign corporation,
                Defendant.

No. 2:22-cv-01561-KKE

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURES, DISCOVERY AND DISPOSITIVE MOTIONS

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines. Dkt. No. 53. The Court finds good cause to extend these deadlines and GRANTS the motion. The Court ORDERS the case schedule amended as follows:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Deadline to file Amended Pleadings and for Expert Witness Disclosures/Reports Under FRCP 26(a)(2) | March 1, 2024 | March 15, 2024 |
| Deadline to Complete Discovery | March 29, 2024 | April 1, 2024 |
| Deadline for Dispositive Motions and Motions Challenging Expert Witness Testimony | April 18, 2024 | May 2, 2024 |

Dated this 1st of March 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION - 1
2:22-cv-01561-KKE