UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA COHODAS,<br>　　　　　　Plaintiff(s),<br>　v.<br><br>THE CONTINENTAL INSURANCE COMPANY,<br>　　　　　　Defendant(s). | CASE NO. C22-1561-KKE<br><br>MINUTE ORDER |

　　　This matter comes before the Court on The Continental Insurance Company's motion for reconsideration and motion for certification to the Washington Supreme Court. Dkt. No. 52. The Clerk is instructed to re-note the motion for March 22, 2024, to allow time for Cohodas to submit a response.

　　　Cohodas may submit a combined response to both motions by March 18, 2024. The response is limited to 4,200 words. Continental may submit a reply in support of its motion for certification no later than March 22, 2024.

　　　Dated this 4th day of March, 2024.

　　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　　United States District Judge

MINUTE ORDER - 1