THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA COHODAS,<br><br>    Plaintiff,<br><br>v.<br><br>THE CONTINENTAL INSURANCE<br>COMPANY, a foreign corporation,<br><br>    Defendant. | No. 2:22-cv-01561-KKE<br><br>**STIPULATED MOTION AND ORDER** |

  Plaintiff Samantha Cohodas and Defendant The Continental Insurance Company, by and through their undersigned counsel, hereby stipulate and move for entry of a proposed order as follows.

## **STIPULATION**

  On May 2, 2024, Plaintiff filed a Motion for Partial Summary Judgment (Dkt. 59) and a Motion to Exclude Opinions of Continental's Expert, Julia Molander (Dkt. 62) (the "Motions"). Both Motions are currently noted for consideration on May 30, 2024.  One of Defendant's undersigned attorneys will be out on parental leave during Defendant's time to respond to Plaintiff's Motions.  Defendant, accordingly, requests an additional two weeks to prepare its responses in order to provide another attorney from DLA Piper LLP sufficient time to familiarize himself with the proceeding and assist in preparing Defendant's responses to the Motion.

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA  98104-7029 | Tel: 206.839.4800

Accordingly, the parties stipulate and agree as follows:

| Event | Current Date Under LCR 7(d)(4) | Proposed Date |
|---|---|---|
| Deadline for Defendant's Response to the Motions | May 23, 2024 | June 6, 2024 |
| Deadline for Plaintiff's Reply in Support of the Motions | May 30, 2024 | June 20, 2024 |
| The Motions Noted for Consideration | May 30, 2024 | June 20, 2024 |

The parties respectfully request the Court approve the deadlines set forth in this stipulation.

Respectfully submitted this 6th day of May, 2024.

OGDEN MURPHY WALLACE, P.L.L.C.

 _s/ Geoff J. Bridgman_
Geoff J. Bridgman, WSBA #25242
Kari I. Lester, WSBA #28396
901 Fifth Avenue, Suite 3500
Seattle, Washington 98164-2008
Phone:  (206)447-7000
Fax:    (206)447-0215
E-mail:  gbridgman@omwlaw.com
         klester@omwlaw.com

_Attorneys for Plaintiff Samantha Cohodas_

DLA PIPER LLP (US)

_s/ Anthony Todaro_
Anthony Todaro, WSBA No. 30391
Lianna Bash, WSBA No. 52598
701 Fifth Avenue, Suite 6900
Seattle, Washington  98104-7029
Tel:    206.839.4800
Fax:    206.839.4801
 E-mail:  anthony.todaro@us.dlapiper.com
          lianna.bash@us.dlapiper.com
_Attorneys for Defendant Continental Insurance Company_

1

**ORDER**

In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated:  May 6, 2024.

Kymberly K. Evanson
United States District Judge