THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMANTHA COHODAS,

          Plaintiff,

v.

THE CONTINENTAL INSURANCE COMPANY, a foreign corporation,

          Defendant.

No. 2:22-cv-01561-KKE

**DECLARATION OF ANTHONY TODARO IN SUPPORT OF DEFENDANT CONTINENTAL INSURANCE COMPANY'S OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CONTINENTAL'S OPPOSITION AND MOTION TO STRIKE PLAINTIFF'S MOTION TO EXCLUDE OPINIONS OF JULIA MOLANDER**

**NOTED ON MOTION CALENDAR:**
June 20, 2024

I, Anthony Todaro, declare as follows:

1. I am an attorney of record for defendant Continental Insurance Company ("Defendant") in the above-captioned matter and am competent to testify to the matters set forth herein. I submit this declaration in support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment.

2. Attached as **Exhibit 1** is a true and correct copy of the Continental Insurance Company policy at issue in this matter, Bates numbered CIC000001 through CIC000079.

DECLARATION OF ANTHONY TODARO - 1
Case No. 2:22-cv-01561

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7029 | Tel: 206.839.4800

3. Attached as **Exhibit 2** is a true and correct copy of the April 24, 2015, Police Traffic Collision Report, Bates numbered PLAINTIFF000468 through PLAINTIFF000472.

4. Attached as **Exhibit 3** is a true and correct copy of a June 17, 2015, letter from Continental Insurance Company to Plaintiff, Bates numbered CIC001215 through CIC001216.

5. Attached as **Exhibit 4** is a true and correct copy of a April 10, 2018, facsimile transmittal of the April 9, 2018, letter from Plaintiff's attorney to Continental Insurance Company, Bates numbered CIC000108 through CIC000109.

6. Attached as **Exhibit 5** is a true and correct copy of a medical treatment record from Plaintiff's doctor Blair P. Grubb, M.D., Bates numbered CIC004707 through CIC004708. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

7. Attached as **Exhibit 6** is a true and correct copy of the written opinion of Defendant's expert witness Julia Molander, dated March 15, 2024.

8. Attached as **Exhibit 7** is a true and correct copy of medical treatment records from Plaintiff's doctor John C. Oakley, M.D., Bates numbered CIC006513 through CIC006521. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

9. Attached as **Exhibit 8** is a true and correct copy of medical treatment records from Plaintiff's doctor Virtaj Singh, M.D., Bates numbered CIC005036 through CIC005040. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

10. Attached as **Exhibit 9** is a true and correct copy of medical treatment records from Plaintiff's doctor John C. Oakley, M.D., Bates numbered CIC005846 through CIC005871. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

11. Attached as **Exhibit 10** is a true and correct copy of the May 31, 2022, Forensic Narrative Report issued by Plaintiff's expert Virtaj Singh, M.D., Bates numbered COHODAS002897 through COHODAS002903, initially provided to Defense counsel on October 7, 2022.

12. Attached as **Exhibit 11** is a true and correct copy of the July 12, 2022, Forensic Addendum Report issued by Plaintiff's expert Virtaj Singh, M.D., Bates numbered COHODAS002904 through COHODAS002906, initially provided to Defense counsel on October 7, 2022.

13. Attached as **Exhibit 12** is a true and correct copy of the October 7, 2022, Declaration by Plaintiff's expert Blair Grubb, M.D., F.A.C.C., Bates numbered COHODAS003002 through COHODAS003082, initially provided to Defense counsel on October 7, 2022.

14. Attached as **Exhibit 13** is a true and correct copy of an October 13, 2022, email approving Cindy Davenport's request to increase the reserve amount, Bates numbered CIC004459.

15. Attached as **Exhibit 14** is a true and correct copy of an October 13, 2022, email approving Cindy Davenport's request to increase settlement authority, Bates numbered CIC004458.

16. Attached as **Exhibit 15** is a true and correct copy of the Forsberg & Umlauf invoice for work performed between July 20, 2021 and September 30, 2021, Bates numbered CIC007488 through CIC007493.

17. Attached as **Exhibit 16** is a true and correct copy of the Forsberg & Umlauf invoice for work performed between October 1, 2021 and November 30, 2021, Bates numbered CIC007501 through CIC007505.

18. Attached as **Exhibit 17** is a true and correct copy of the Forsberg & Umlauf invoice for work performed between December 6, 2021 and February 14, 2022, Bates numbered CIC007506 through CIC007510.

19. Attached as **Exhibit 18** is a true and correct copy of the Forsberg & Umlauf invoice for work performed between March 3, 2022 and May 17, 2022, Bates numbered CIC007484 through CIC007487.

20. Attached as **Exhibit 19** is a true and correct copy of the Forsberg & Umlauf invoice for work performed between June 15, 2022 and August 29, 2022, Bates numbered CIC007494 through CIC007500.

21. Attached as **Exhibit 20** is a true and correct copy of the demand letter sent by Plaintiff's counsel to State Farm Auto Claims, dated April 1, 2021, and Bates numbered PLAINTIFF006221 through PLAINTIFF006315.

22. Attached as **Exhibit 21** is a true and correct copy of the response letter from State Farm to Plaintiff's counsel, dated April 20, 2021, and Bates numbered PLAINTIFF006323 through PLAINTIFF00634.

23. Attached as **Exhibit 22** is a true and correct copy of an email from State Farm to Plaintiff's counsel, dated April 20, 2021, Bates numbered PLAINTIFF006319.

24. Attached as **Exhibit 23** is a true and correct copy of the Complaint in *Samantha Cohodas v. State Farm Fire and Casualty Company,* King County Superior Court, Case No. 21-2-05425-7 SEA, filed on April 23, 2021, Bates numbered PLAINTIFF003123 through PLAINTIFF003127.

25. Attached as **Exhibit 24** is a true and correct copy of the Stipulated Motion and Order to Stay, or in the Alternative, Continue Trial, in *Samantha Cohodas v. State Farm Fire and Casualty Company,* King County Superior Court, Case No. 21-2-05425-7 SEA, entered by the Court on January 5, 2022, and Bates numbered PLAINTIFF003248 through PLAINTIFF003251.

26. Attached as **Exhibit 25** is a true and correct copy of an email exchange between Plaintiff's counsel Kari Lester and Tom Crowell of State Farm, dated December 12, 2021, and Bates numbered PLAINTIFF003213 through PLAINTIFF003215.

27. Attached as **Exhibit 26** is a true and correct copy of transcript excerpts from the deposition of Samantha Cohodas, taken on November 1, 2023.

28. Attached as **Exhibit 27** is a true and correct copy of the June 2023 medical treatment record from Plaintiff's doctor Virtaj Singh, M.D., Bates numbered PLAINTIFF003091 through PLAINTIFF003092. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

29. Attached as **Exhibit 28** is a true and correct copy of the Certification of No Records from Plaintiff's treating doctor Virtaj Singh, M.D., dated January 31, 2024, and Bates numbered MEDICAL_CIC_0000357 through MEDICAL_CIC_0000358. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

30. Attached as **Exhibit 29** is a true and correct copy of medical treatment records from Plaintiff's doctor Milah Frownfelter, M.D., Bates numbered MEDICAL_CIC_0000136 through MEDICAL_CIC_0000137. This exhibit has been redacted to remove sensitive personal identifying information or non-relevant information.

31. Attached as **Exhibit 30** is a true and correct copy of transcript excerpts from the deposition of Plaintiff's expert Mary E. Owen, taken on March 29, 2024.

32. Attached as **Exhibit 31** is a true and correct copy of an email string between Cindy Davenport and Plaintiff's counsel Kari Lester, from March 31, 2020 to June 26, 2020, Bates numbered PLAINTIFF000356 through PLAINTIFF000358.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed at Seattle, Washington on June 6, 2024.

*s/ Anthony Todaro*
Anthony Todaro, WSBA No. 30391

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

Dated this 6th day of June, 2024.

*s/ Robert McFadden*
Robert McFadden, Case Manager