TTHE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMANTHA COHODAS,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, a foreign corporation,<br><br>                    Defendant. | No. 2:22-cv-01561-KKE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED that, pursuant to the Parties' settlement, all of Plaintiff's claims are hereby dismissed with prejudice and without an award of costs or attorneys' fees.

The Clerk is instructed to close the case.

IT IS SO ORDERED.

Dated this 26th day of September 2024

*[signature]*

Kymberly K. Evanson
United States District Judge

ORDER FOR DISMISSAL WITH PREJUDICE - 1
Case No. 2:22-cv-01561